United States District Court
Southern Distirict of New York

General Fabrics Company,

                                                                            AFFIDAVIT OF SERVICE
                              Plaintiff(s)                          Case No.  08 CV 00047

             -against-

United Pet Group, Inc. and Spectrum
Brands, Inc.,

                                  Defendant(s)

State of New York )
                     ss:
County of Albany )

Mary M. Bonville, being duly sworn, deposes and says:

Deponent is over the age of eighteen and is a resident of New York State and is not a party to this action.  That on January 16, 2008 at approximately 2:35 PM deponent served the following specific papers  pursuant to Section 306 of the Business Corporation Law,  Summons in a Civil Case, Civil Cover Sheet, General Fabrics Company's Complaint against United Pet Group, Inc. and Spectrum Brands, Inc., Rule 7.1 Statement, Practices of Judge Keenan, and Individual Practices of Magistrate Judge Dollinger, that the party served was Spectrum Brands Corporation, a foreign business corporation, one of the defendants in this action,  by personally serving two copies of the aforesaid papers at the office of the NYS Secretary of State located at 41 State Street, in the City of Albany, New York by delivering to and leaving papers with Carol Vogt, a white female with brown hair, being approximately 46-55 years of age; height of 5'0" - 5'3", weight of 100-130 lbs., being an authorized person in the Corporation Division of the Department of State and empowered to receive such service.  That at the time of making such service, deponent paid the fee prescribed by Law in the amount of $40.00.

                                                                                      *Mary M. Bonville* (signature)
                                                                                       Mary M. Bonville

Sworn to before me this 16th day of January, 2008

*Ruth A. Dennehey* (signature)
Ruth A. Dennehey
Notary Public — State of New York
Qualified in Albany County
Registration No. 01DE4729775
Commission Expires: 11-30-2010

State of New York - Department of State
Receipt for Service

Receipt #: 200801180090                                   Cash #: 200801180072
Date of Service: 01/16/2008                               Fee Paid: $40 - CHECK
Service Company: 08 COLBY ATTORNEYS SERVICE COMPANY - 08

Service was directed to be made pursuant to: SECTION 306 OF THE BUSINESS
    CORPORATION LAW

Party Served: SPECTRUM BRANDS CORPORATION


Plaintiff/Petitioner:
    GENERAL FABRICS COMPANY



Service of Process Address:
SPECTRUM BRANDS CORPORATION
300 VANDERBILT MOTOR PARKWAY
SUITE 200
HAUPPAUGE, NY 11758

                                                            Secretary of State
                                                              By  CAROL VOGT