KEENAN' S.

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-21-08

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL FABRICS COMPANY, <br><br> Plaintiff, <br><br> - against - <br><br> UNITED PET GROUP, INC. and SPECTRUM BRANDS, INC., <br><br> Defendants. | 08 Civ. 00047 (JFK) (MHD) <br><br> **STIPULATION** |

IT IS HEREBY STIPULATED AND AGREED, by and between Lazarus & Lazarus, P.C., counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants"), that the time for Defendants to answer, move or otherwise respond to the Amended Complaint herein be and is hereby extended to and including March 20, 2008. Defendants acknowledge that they have been served with the Amended Complaint and will not challenge the sufficiency of service.

Dated: New York, New York

February 15, 2008

US2000 9874.1

| | |
|---|---|
| LAZARUS & LAZARUS, P.C.<br><br>By: _____<br>Harlan M. Lazarus (HML-0268)<br>240 Madison Avenue, 8th Floor<br>New York, NY 10016<br>Telephone: (212) 889-7400<br>Facsimile: (212) 689-0314<br>HMLlaw@att.net<br><br>*Attorneys for Plaintiff General Fabrics Company* | KILPATRICK STOCKTON LLP<br><br>By: _____<br>Lisa Pearson (LP-4916)<br>31 West 52nd Street, 14th Floor<br>New York, NY 10019<br>Telephone: (212) 775-8700<br>Facsimile: (212) 775-8800<br>LPearson@KilpatrickStockton.com<br><br>*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.* |

SO ORDERED:

2/21/08    _____
                   John F. Keenan
                   U.S.D.J.