

**MEMO ENDORSED**

## LAZARUS & LAZARUS, P.C.
### COUNSELLORS AT LAW

240 MADISON AVENUE
NEW YORK, N.Y. 10016

AREA CODE 212
889-7400

TELECOPIER
212-684-0314

TELEX
238790 NYK

*Via Facsimile &*
*Overnight Express Mail To:*

March 14, 2008

**HONORABLE JOHN F. KEENAN**
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
500 Pearl Street, Room 1930
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED  3-17-08

*Re:* **GENERAL FABRICS COMPANY v. UNITED PET GROUP, INC. and**
**SPECTRUM BRANDS, INC.**
**Index No.: 08CV0047**

Honorable Judge:

We are the attorneys for the Plaintiff, General Fabrics Company, in the above captioned matter.

There is a Pre-Trial Conference scheduled before Your Honor on March 19, 2008.

Per the Stipulation, filed with the Court on February 21, 2008, the parties have agreed to extend the due date for the Defendants, United Pet Group, Inc. and Spectrum Brands, Inc., to answer Plaintiff's Amended Complaint, to March 20, 2008. I have attached a copy of the Stipulation hereto for Your Honor's ease of reference.

The extension was granted by the undersigned[1] to facilitate settlement discussions and necessary information gathering. The discussions and the process of gathering information are ongoing

---

[1] Subject to the Court's approval a further extension has been requested and approved.

LAZARUS & LAZARUS, P.C.

In addition, I am scheduled to commence Trial on March 19, 2008, before Justice David I. Schmidt in the Supreme Court of the State of New York, County of Kings, in the action "ADJMI 936 REALTY ASSOCIATES v. RAY REALTY FULTON, INC., BANCO POPULAR DE PUERTO RICO, CLEM SAAD, ELI SAAD, LEON SAAD, RAY DEPARTMENT STORE FULTON, INC., RAY CELLAR, INC., RAY CHILDREN WORLD, INC., KWANG HEE LEE, NEW YORK CITY DEPARTMENT OF TAXATION AND FINANCE, "JOHN DOES" AND "JANE DOES,", Index Number: 26938/02.

Due to these circumstances, we respectfully request, with the consent of opposing counsel, that the Pre-Trial Conference be adjourned approximately four (4) weeks, or as soon thereafter as the Court permits.

We thank Your Honor for your attention in this matter, and look forward to your response.

```
      The application is granted.
      The conference is adjourned until
      April 16, 2008 at 9:30am.

      SO ORDERED.

      Dated:   New York, N.Y.
               March 17, 2008
```

Respectfully Submitted,

Harlan M. Lazarus, Esq.

U.S.D.J.

CC: Kilpatrick Stockton, LLP *(Attorneys for Defendants)*
    - via electronic mail -