Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GENERAL FABRICS COMPANY,<br><br>　　　　　Plaintiff,<br><br>　- against -<br><br>UNITED PET GROUP, INC. and SPECTRUM BRANDS, INC.,<br><br>　　　　　Defendants. | 08 Civ. 00047 (JFK) (MHD)<br><br>**NOTICE OF APPERANCE** |

**PLEASE TAKE NOTICE** that Lisa Pearson, Esq. of the law firm Kilpatrick Stockton LLP, 31 West 52nd Street, 14th Floor, New York, New York 10019, hereby appears in the above-caption action as attorney for defendants United Pet Group, Inc. and Spectrum Brands, Inc.

US2008 24824.1

DATED: March 20, 2008
         New York, New York

**KILPATRICK STOCKTON LLP**

*/s/ Lisa Pearson*
Lisa Pearson (LP-4916)
31 West 52nd Street, 14th Floor
New York, NY  10019
Telephone: (212) 775-8700
Facsimile:  (212) 775-8800
Email Address: LPearson@KilpatrickStockton.com

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

US2008 24824.1