[Attachment 1]

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3-24-2008

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL FABRICS COMPANY,<br><br>                Plaintiff,<br><br>    - against -<br><br>UNITED PET GROUP, INC. and SPECTRUM BRANDS, INC.,<br><br>                Defendants. | 08 Civ. 00047 (JFK) (MHD)<br><br>**STIPULATION** |

        WHEREAS, by stipulation dated February 15, 2008, Lazarus & Lazarus, P.C. counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for Defendants requested that Defendants' time to answer, move or otherwise respond to the Amended Complaint be extended from February 19, 2008 until and including March 20, 2008;

        WHEREAS, the parties' previous stipulated request for extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint was granted;

        WHEREAS, the parties seek to explore an amicable resolution of this dispute before joining issue;

US2008 23122.1

WHEREAS, the instant stipulated extension, if granted, would constitute the second such request for an extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lazarus & Lazarus, P.C., counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants"), that the time for Defendants to answer, move or otherwise respond to the Amended Complaint herein be and is hereby extended to and including April 21, 2008.

Dated: New York, New York
March 17, 2008

LAZARUS & LAZARUS, P.C.

By: _____
Harlan M. Lazarus (HML-0268)
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400
Facsimile: (212) 689-0314
HMLlaw@att.net

*Attorneys for Plaintiff General Fabrics Company*

KILPATRICK STOCKTON LLP

By: _____
Lisa Pearson (LP-4916)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@KilpatrickStockton.com

*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.*

SO ORDERED: 3/24/08

_____
U.S.D.J.

US2008 23122.1