

KILPATRICK
STOCKTON LLP
Attorneys at Law

USPC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4-16-08

RECEIVED
APR 15 2008
JUDGE KEENAN'S CHAMBERS

31 West 52nd Street 14th Floor
New York, NY 10019
t 212 775 8700 f 212 775 8800
www.KilpatrickStockton.com

direct dial 212 775 8725
direct fax 212 775 8825
LPearson@KilpatrickStockton.com

April 15, 2008

**BY FACSIMILE (212) 805-7911**

The Honorable John F. Keenan
United States Magistrate Judge
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street, Room 1930
New York, New York 10007

**MEMO ENDORSED**

Re:     *General Fabrics Company v. United Pet Group, Inc. and Spectrum Brands, Inc.;*
        *Civil No. 08-0047 (JFK) (MHD)*

Dear Judge Keenan:

    We are counsel for defendants United Pet Group, Inc. and Spectrum Brands, Inc., in the above-referenced matter.

    We are writing with the consent of all the parties to request an adjournment of the Pre-Trial Conference currently scheduled for tomorrow, April 16, 2008 at 9:30 a.m.  The parties' previous request for the adjournment of the Pre-Trial Conference was granted.  This adjournment if granted, would constitute the second such request for an adjournment of the Pre-Trial Conference.  The parties are engaged in settlement discussions and therefore request that the Court refer this matter for a settlement conference before Magistrate Judge Dollinger within the next thirty (30) days.

    The parties respectfully request that the Pre-Trial Conference be adjourned until after the settlement conference.

    Thank you for your attention to this matter.

                                          Respectfully submitted,

                                          *Lisa Pearson*
                                          Lisa Pearson

cc:     Harlan M. Lazarus, Esq.

US2008 39927                              The application is granted.  The
                                          matter will be referred to Magistrate
                                          Judge Dolinger for a settlement
ATLANTA AUGUSTA CHARLOTTE LONDON NEW YORK RALEIGH STOCKHOLM WASHINGTON WINSTON-SALEM   conference, date to be determined by
                                          him.

                                          SO ORDERED.   *John F. Keenan*
                                          4/15/08                    U.S.D.J.