Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

GENERAL FABRICS COMPANY,

　　　　　Plaintiff,

　- against -

UNITED PET GROUP, INC. and SPECTRUM
BRANDS, INC.,

　　　　　Defendants.

---

08 Civ. 00047 (JFK) (MHD)

**STIPULATION**

　　　　WHEREAS, defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants") had initially until February 19, 2008 to respond to the amended complaint in the above-captioned action;

　　　　WHEREAS, by stipulation dated March 17, 2008, Lazarus & Lazarus, P.C. counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for Defendants requested that Defendants' time to answer, move or otherwise respond to the Amended Complaint be extended until and including April 21, 2008;

　　　　WHEREAS, the parties' previous stipulated requests for extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint was granted;

US2008 231722.1

WHEREAS, the within stipulated extension, if granted, would constitute the third such request for an extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lazarus & Lazarus, P.C., counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants"), that the time for Defendants to answer, move or otherwise respond to the Amended Complaint herein be and is hereby extended to and including May 21, 2008. If the parties have not been able to reach an amicable resolution of this matter by May 5, 2008, the parties further agree to participate in a settlement conference with Magistrate Judge Michael H. Dolinger at the earliest available mutually convenient date thereafter pursuant to a joint request to the Court.

Dated: New York, New York
       April 15, 2008

LAZARUS & LAZARUS, P.C.

By: _____
   Harlan M. Lazarus (HML-0268)
   240 Madison Avenue, 8th Floor
   New York, NY 10016
   Telephone: (212) 889-7400
   Facsimile: (212) 689-0314
   HMLlaw@att.net

*Attorneys for Plaintiff General Fabrics Company*

KILPATRICK STOCKTON LLP

By: _____
   Lisa Pearson (LP-4916)
   31 West 52nd Street, 14th Floor
   New York, NY 10019
   Telephone: (212) 775-8700
   Facsimile: (212) 775-8800
   LPearson@KilpatrickStockton.com

*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.*

SO ORDERED:

_____  4/23/08
            U.S.D.J.

US2008 27172.1