```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
GENERAL FABRICS COMPANY,            :
                                    :
                Plaintiff,          :         ORDER
                                    :
        -against-                   :    08 Civ. 47 (JFK)(MHD)
                                    :
UNITED PET GROUP, INC. AND          :
SPECTRUM BRANDS, INC.,              :
                                    :
                Defendants.         :
                                    :
------------------------------------X
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE:
```

It is hereby **ORDERED** that a settlement conference has been scheduled in the above-captioned action on **WEDNESDAY, JUNE 4, 2008 at 2:00 PM**, at which time you are directed to appear in Courtroom 17D, 500 Pearl Street, New York, New York 10007-1312. Any requests for adjournment of this scheduled conference must be in writing, with copies to all other parties, and must be preceded by reasonable efforts by the requesting party to obtain the consent of those parties.

DATED:  New York, New York
        May 21, 2008

SO ORDERED.

_____
MICHAEL H. DOLINGER
UNITED STATES MAGISTRATE JUDGE

Copies of the foregoing Order have been sent this date to:

Harlan Mitchell Lazarus, Esq.
Lazarus & Lazarus, P.C.
240 Madison Avenue
New York, NY 10016

Lisa Pearson, Esq.
Kilpatrick, Stockton
31 West 52nd. Street
New York, NY 10019

2