

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.*

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5-27-08
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

GENERAL FABRICS COMPANY,

    Plaintiff,

- against -

UNITED PET GROUP, INC. and SPECTRUM BRANDS, INC.,

    Defendants.

08 Civ. 00047 (JFK) (MHD)

**STIPULATION**

    WHEREAS, defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants") had initially until February 19, 2008 to respond to the amended complaint in the above-captioned action;

    WHEREAS, by stipulation dated February 15, 2008, Lazarus & Lazarus, P.C. counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for Defendants requested that Defendants' time to answer, move or otherwise respond to the Amended Complaint be extended until and including March 20, 2008;

    WHEREAS, by stipulation dated March 17, 2008, Lazarus & Lazarus, P.C. counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for Defendants requested that Defendants' time to answer, move or otherwise respond to the Amended Complaint be extended until and including April 21, 2008;

WHEREAS, by stipulation dated April 15, 2008, Lazarus & Lazarus, P.C. counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for Defendants requested that Defendants' time to answer, move or otherwise respond to the Amended Complaint be extended until and including May 21, 2008;

WHEREAS, the parties' previous stipulated requests for extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint were granted;

WHEREAS, the within stipulated extension, if granted, would constitute the fourth such request for an extension of Defendants' time to answer, move or otherwise respond to the Amended Complaint;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, by and between Lazarus & Lazarus, P.C., counsel for plaintiff General Fabrics Company, and Kilpatrick Stockton LLP, counsel for defendants United Pet Group, Inc. and Spectrum Brands, Inc. ("Defendants"), that the time for Defendants to answer, move or otherwise respond to the Amended Complaint herein be and is hereby extended to and including June 13, 2008.

Dated: New York, New York

May 21, 2008

US2000 3078338.1

LAZARUS & LAZARUS, P.C.

By: _____
Harlan M. Lazarus (HML-0268)
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400
Facsimile: (212) 689-0314
HMLlaw@att.net

*Attorneys for Plaintiff General Fabrics Company*

KILPATRICK STOCKTON LLP

By: _____   W. ANDREW PEQUIGNOT
Lisa Pearson (LP-4916)              WITH EXPRESS PERMISSION
31 West 52nd Street, 14th Floor     OF LISA PEARSON
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@KilpatrickStockton.com

*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.*

SO ORDERED:

5/27/08    _____
           John F. Keenan
           U.S.D.J.

US2008 303858.1