KEENAN / J

Lisa Pearson (LP 4916)
Kilpatrick Stockton LLP
31 West 52nd Street
14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800

*Attorney for Defendants United Pet Group, Inc.
and Spectrum Brands, Inc.*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7-21-08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GENERAL FABRICS COMPANY, | 08 Civ. 00047 (JFK) (MHD) |
| Plaintiff, | |
| - against - | **STIPULATION OF** |
| | **VOLUNTARY DISMISSAL** |
| UNITED PET GROUP, INC. and SPECTRUM BRANDS, INC., | |
| Defendants. | |

Plaintiff General Fabrics Company, and Defendants United Pet Group, Inc. and Spectrum Brands, Inc., through their undersigned counsel and pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, hereby stipulate and jointly agree that all claims in this action are hereby dismissed with prejudice, with each party to bear its own attorneys' fees and costs incurred.

Dated: New York, New York
       July 21 ~~June~~ ____, 2008

LAZARUS & LAZARUS, P.C.

By: _____
Harlan M. Lazarus (HML-0268)
240 Madison Avenue, 8th Floor
New York, NY 10016
Telephone: (212) 889-7400
Facsimile: (212) 689-0314
HMLlaw@att.net

*Attorneys for Plaintiff General Fabrics Company*

KILPATRICK STOCKTON LLP

By: _____
Lisa Pearson (LP-4916)
31 West 52nd Street, 14th Floor
New York, NY 10019
Telephone: (212) 775-8700
Facsimile: (212) 775-8800
LPearson@KilpatrickStockton.com

*Attorney for Defendants United Pet Group, Inc. and Spectrum Brands, Inc.*

SO ORDERED:

7/21/08

John F. Keenan
U.S.D.J.